**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

_____Pro Se        _____As counsel for:    _____
                                            Name of party

I am, or the party I represent is (select one):

_____Petitioner   _____Respondent   _____Amicus curiae   _____Cross Appellant

_____Appellant    _____Appellee     _____Intervenor

As amicus curiae or intervenor, this party supports (select one):

_____Petitioner or appellant    _____Respondent or appellee

My address and telephone are:

Name:              _____
Law firm:          _____
Address:           _____
City, State and ZIP: _____
Telephone:         _____
Fax #:             _____
E-mail address:    _____

Statement to be completed by counsel only (select one):

_____ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

_____Yes    _____No

_____A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/6/2014                                    /s/ Travis W. McCallon
_____                              _____
Date                                        Signature of pro se or counsel

cc: _____

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Defendant-Appellee hereby certifies that a copy of the foregoing was served on the following counsel via electronic mail and CM/ECF.

>Morris E. Cohen
>Goldberg Cohen LLP
>1350 Avenue of the Americas, 4th Floor
>New York, NY 10019
>Email: mcohen@goldbergcohen.com
>
>Hartwell P. Morse, III   (electronic mail only)
>Luv N' Care Ltd.
>3030 Aurora Avenue
>Monroe, LA 71201
>Email:  hartwellm@nuby.com

>/s/ A. Justin Poplin
>An Attorney for Defendant-Appellee
>Munchkin, Inc.