**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se     \_\_\_\_\_As counsel for:     _____
                                                    Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee      \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant     \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes     \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

| 8/6/2014 | /s/ R. Cameron Garrison |
|---|---|
| Date | Signature of pro se or counsel |

cc: _____

## **CERTIFICATE OF SERVICE**

The undersigned attorney for Defendant-Appellee hereby certifies that a copy of the foregoing was served on the following counsel via electronic mail and CM/ECF.

>Morris E. Cohen
>Goldberg Cohen LLP
>1350 Avenue of the Americas, 4th Floor
>New York, NY 10019
>Email: mcohen@goldbergcohen.com
>
>Hartwell P. Morse, III   (electronic mail only)
>Luv N' Care Ltd.
>3030 Aurora Avenue
>Monroe, LA 71201
>Email:  hartwellm@nuby.com

>/s/ A. Justin Poplin
>An Attorney for Defendant-Appellee
>Munchkin, Inc.