UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

CASE NO.: 2014-1653

LUV N' CARE, LTD., Patent Owner-Appellant,

v.

MUNCHKIN, INC., Petitioner-Appellee.

**JOINT AGREED-TO MOTION FOR MODIFICATION OF BRIEFING SCHEDULE**

Appellee, Munchkin, Inc., and Appellant Luv n' care, Ltd., by and through their respective attorneys, hereby respectfully submit this Joint Agreed-To Motion for Modification of Briefing Schedule, pursuant to Federal Circuit Rule 26(b) and 27, as follows:

The current deadline for Appellee to file its response brief is October 27, 2014. The parties have agreed to a 14-day extension of this deadline, to November 10, 2014.

Should the deadline for Appellee's brief be extended as requested herein, the deadline for Appellant to file its reply brief would become November 28, 2014. The parties have agreed to a 14-day extension of this prospective deadline, to December 12, 2014.

22294973v1

This is the first request for extension of each of these deadlines.

WHEREFORE, the Parties jointly and respectfully request that the Court extend the time for Appellee to file its response brief to and including November 10, 2014, and extend the time for Appellant to file its reply brief to and including December 12, 2014.

Dated: October 15, 2014

Respectfully submitted,

| LATHROP & GAGE LLP | HUSCH BLACKWELL LLP |
|---|---|
| By: /s/ Travis W. McCallon | By: /s/ Edward D. Manzo |
| Travis W. McCallon (MO 56979) | Edward D. Manzo |
| R. Cameron Garrison (MO 54064) | George S. Pavlik |
| A. Justin Poplin | Daniel Kim |
| 2345 Grand Blvd., Suite 2200 | 120 S Riverside Plaza, Suite 2200 |
| Kansas City, MO 64105 | Chicago, ILL 60606 |
| Tel: 816.292.2000 | edward.manzo@huschblackwell.com |
| Fax: 816.292.2001 | george.pavlik@huschblackwell.com |
| tmccallon@lathropgage.com | Daniel.kim@huschblackwell.com |
| cgarrision@lathropgage.com | |
| jpoplin@lathropgage.com | Hartwell P. Morse, III |
| | Luv N' Care Ltd. |
| ATTORNEYS FOR APPELLEE | 3030 Aurora Avenue |
| MUNCHKIN, INC. | Monroe, LA 71201 |
| | Email: hartwellm@nuby.com |
| | |
| | ATTORNEYS FOR APPELLANT |
| | LUV N' CARE, LTD. |

22294973v1

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant-Appellee hereby certifies that on October 15, 2014, a copy of the foregoing was served on the following counsel by electronic notification issued via the Court's CM/ECF system:

> Edward D. Manzo
> George S. Pavlik
> Daniel Kim
> Husch Blackwell LLP
> 120 S Riverside Plaza, Suite 2200
> Chicago, ILL 60606
> Email: edward.manzo@huschblackwell.com
>    george.pavlik@huschblackwell.com
>    Daniel.kim@huschblackwell.com

> Hartwell P. Morse, III
> Luv N' Care Ltd.
> 3030 Aurora Avenue
> Monroe, LA 71201
> Email:  hartwellm@nuby.com

>              /s/ Travis W. McCallon
>              An Attorney for Appellee
>              Munchkin, Inc.