# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

CASE NO.: 14-1653

LUV N' CARE, LTD., Patent Owner-Appellant,

v.

MUNCHKIN, INC., Petitioner-Appellee.

## JOINT AGREED-TO MOTION FOR MODIFICATION OF BRIEFING SCHEDULE

Appellee, Munchkin, Inc., and Appellant Luv n' care, Ltd., by and through their respective attorneys, hereby respectfully submit this Joint Agreed-To Motion for Modification of Briefing Schedule, pursuant to Federal Circuit Rule 26(b) and 27, as follows:

The current deadline for Appellee to file its response brief is October 27, 2014. The parties have agreed to a 14-day extension of this deadline, to November 10, 2014.

Should the deadline for Appellee's brief be extended as requested herein, the deadline for Appellant to file its reply brief would become November 28, 2014. The parties have agreed to a 14-day extension of this prospective deadline, to December 12, 2014.

This request is made due to the press of business and counsel's schedules. This is the first request for extension of each of these deadlines.

WHEREFORE, the Parties jointly and respectfully request that the Court extend the time for Appellee to file its response brief to and including November 10, 2014, and extend the time for Appellant to file its reply brief to and including December 12, 2014.

Dated: October 16, 2014

Respectfully submitted,

| LATHROP & GAGE LLP | HUSCH BLACKWELL LLP |
|---|---|
| By: /s/ Travis W. McCallon | By: /s/ Edward D. Manzo |
| Travis W. McCallon  (MO 56979) | Edward D. Manzo |
| R. Cameron Garrison (MO 54064) | George S. Pavlik |
| A. Justin Poplin | Daniel Kim |
| 2345 Grand Blvd., Suite 2200 | 120 S Riverside Plaza, Suite 2200 |
| Kansas City, MO 64105 | Chicago, ILL 60606 |
| Tel: 816.292.2000 | edward.manzo@huschblackwell.com |
| Fax: 816.292.2001 | george.pavlik@huschblackwell.com |
| tmccallon@lathropgage.com | Daniel.kim@huschblackwell.com |
| cgarrision@lathropgage.com | |
| jpoplin@lathropgage.com | Hartwell P. Morse, III |
| | Luv N' Care Ltd. |
| ATTORNEYS FOR APPELLEE | 3030 Aurora Avenue |
| MUNCHKIN, INC. | Monroe, LA 71201 |
| | hartwellm@nuby.com |
| | |
| | ATTORNEYS FOR APPELLANT |
| | LUV N' CARE, LTD. |

2

# CERTIFICATE OF INTEREST

Counsel for the Appellee Munchkin, Inc. certifies the following:

1.  The full name of every party or amicus represented by me is:

Munchkin, Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    R. Cameron Garrison
    Travis W. McCallon
    Lathrop & Gage LLP, 2345 Grand Boulevard, Suite 2200,
    Kansas City, MO 64108

    A. Justin Poplin
    Lathrop & Gage LLP, 10851 Mastin Boulevard, Building 82,
    Suite 1000, Overland Park, KS  66210


Dated:  October 16, 2014          /s/ Travis W. McCallon
                                               *Counsel for Appellee Munchkin, Inc.*

# **CERTIFICATE OF INTEREST**

Counsel for the Appellant Luv N' Care Ltd. certifies the following:

1.     The full name of every party or amicus represented by me is:

Luv N' Care Ltd.

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4.     The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Morris E. Cohen, Lee A. Goldberg
    Goldberg Cohen LLP, 1350 Avenue of the Americas, 4th Floor,
    New York, NY 10019

    Hartwell P. Morse, III
    Luv N' Care Ltd., 3030 Aurora Avenue, Monroe, LA 71201

    Edward D. Manzo, George S. Pavlik, Daniel Kim
    Husch Blackwell LLP, 120 S Riverside Plaza, Suite 2200,
    Chicago, IL 60606


Dated:  October 16, 2014        /s/ Edward D. Manzo
                                         *Counsel for Appellant Luv N' Care Ltd.*

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendant-Appellee hereby certifies that on October 16, 2014, a copy of the foregoing was served on the following counsel by electronic mail and the Court's CM/ECF system:

> Edward D. Manzo
> George S. Pavlik
> Daniel Kim
> Husch Blackwell LLP
> 120 S Riverside Plaza, Suite 2200
> Chicago, ILL 60606
> Email: edward.manzo@huschblackwell.com
> george.pavlik@huschblackwell.com
> Daniel.kim@huschblackwell.com
>
> Hartwell P. Morse, III
> Luv N' Care Ltd.
> 3030 Aurora Avenue
> Monroe, LA 71201
> Email: hartwellm@nuby.com

/s/ Travis W. McCallon
*Counsel for Appellee*
*Munchkin, Inc.*